**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JD Merrick, | No. CV-19-00474-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Miguel Ramos, et al., | |
| Defendants. | |

On March 9, 2020, the Court ordered the Plaintiff to complete and return the service materials for Defendant Ramos for service to be performed by the United States Marshal. Plaintiff seeks an extension of time to serve Defendant Ramos. According to the Plaintiff he completed and returned the service packet, but the Clerk's Office lost it. He asks the Court to Order the Clerk to send him another service packet, and he will promptly complete and return it.

**Accordingly,**

**IT IS ORDERED** that the Motion for Extension of Time (Doc. 22) is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send the plaintiff another service packet, and the Plaintiff shall have 7 days to complete it and return it.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that there shall be no further extensions of time to serve Defendant Rocha.

Dated this 27th day of March, 2020.

Honorable David C. Bury
United States District Judge