**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JD Merrick, | No. CV-19-00474-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Miguel Ramos, et al., | |
| Defendants. | |

On March 9, 2020, this Court ordered the Arizona Attorney General to provide service information for Defendant Ryan for the United States Marshal to use to affect service on Defendant Ryan. (Order (Doc. 20)).

On March 19, 2020, (Doc. 21), the service information was filed as follows:

> Arizona Department of Corrections Rehabilitation and Reentry
> Legal Services
> 1601 W. Jefferson Street, MS 481
> Phoenix, Arizona 85007

The Court understood that this service information had been conveyed to the United States Marshal by the Clerk of the Court, but the docket reflects service has not yet been completed for Defendant Ryan.

**Accordingly,**

**IT IS ORDERED** that the Plaintiff's Motion for Status of Service on Ryan (Doc. 31) is GRANTED: The Clerk of the Court shall transmit the service information to the United States Marshal, who shall immediately serve Defendant Ryan at the above address.

1    **IT IS FURTHER ORDERED** that a copy of this Order shall be provided to the
2    United States Marshal and the Defendant Ryan.
3    Dated this 25th day of August, 2020.

David C. Bury
United States District Judge