**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JD Merrick, | No. CV-19-00474-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Miguel Ramos, et al., | |
| Defendants. | |

Upon consideration of the parties Joint Motion to Extend Deadlines, and good cause appearing,

**Accordingly,**

**IT IS ORDERED** that the Motion for Extension of Time (Doc. 51) is GRANTED as follows:

1. Deadline to disclose lay and expert witnesses: January 4, 2021;
2. Deadline to complete discovery: February 1, 2021;
3. Deadline to file dispositive motions: March 5, 2021;

Dated this 21st day of October, 2020.

David C. Bury
United States District Judge