**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JD Merrick, | No. CV-19-00474-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Miguel Ramos, et al., | |
| Defendants. | |

This matter having been referred for a settlement conference, the parties jointly move for a stay of the case management deadlines. The Court finding good cause to continue the deadlines,

**Accordingly,**

**IT IS ORDERED** that the Motion to Stay (Doc. 59) pending settlement is GRANTED.

**IT IS FURTHER ORERED** that if the case is not resolved by settlement, the case management deadlines are extended, to be as follows: expert witness disclosures shall be due 60 days after the settlement conference; discovery shall end 90 days after the settlement conference, and dispositive motions are due 120 days after the settlement conference. In the event the case is not resolved by a dispositive motion, the parties shall file the Joint Pretrial Order within 30 days of the Court's denial of the dispositive motion.

Dated this 13th day of January, 2021.

David C. Bury
United States District Judge