**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JD Merrick, | No. CV-19-00474-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Miguel Ramos, et al., | |
| Defendants. | |

The Court having considered the parties' Stipulation for Dismissal with Prejudice, and good cause appearing,

**Accordingly,**

**IT IS ORDERED** granting the parties' Stipulation for Dismissal (Doc. 66), with the parties to bear their own fees and costs.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the parties' settlement agreement (Stipulation of Dismissal, Exhibit A (Doc. 66-1), which is incorporated into the Court's dismissal order. *See Kelly v. Wengler*, 822 F.3d 1085, 1094 (9th Cir. 2016).

Dated this 6th day of July, 2021.

_____
Honorable David C. Bury
United States District Judge